UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WRIGHT'S WELL CONTROL SERVICES, L.L.C.**          CIVIL ACTION

**VERSUS**                                          NO. 15-1720

**OCEANEERING INTERNATIONAL, INC., ET AL.**         SECTION "R" (3)

## ORDER

On February 15, 2017, Plaintiff's Motion to De-Designate Documents and Modify Protective Order (Doc. 87) [Doc. #129] came on for oral hearing before the undersigned. Present were Elwood Stevens, David Lodholz, and Meredith Durham on behalf of plaintiff and Michael McGlone and William Caughman on behalf of defendant. After the oral hearing, the Court took the motion under advisement. Having reviewed the pleadings and the case law, the Court rules as follows.

**IT IS ORDERED** that Plaintiff's Motion to De-Designate Documents and Modify Protective Order (Doc. 87) [Doc. #129] is GRANTED IN PART as outlined below.

With regard to the e-mails dated 2008 through mid-2011 and those dated mid-2011 through mid-2016, the parties reached a stipulation as outlined in the transcript of the oral hearing. [Doc. #145]. The parties shall proceed as outlined on the record.

With regard to the documents currently labelled "Highly Confidential" ("HC") and "Confidential" ("C"), defendants shall **no later than thirty (30) days from the date of this Order** re-review their "HC" and "C" designations and remove said designations from, *inter alia*, categories of documents that are publicly available on the internet, third-party operations manuals, blank pages, and pages with nothing but company logos. This list of documents is by no means exclusive, and the Court orders defendants to demonstrate the good faith necessary to designate a

category of documents as "HC" and "C" under the protective order. The Court further orders defendants – if they designate a category of documents as "HC" – to inform plaintiff of the reason for the "HC" designation under the protective order. By "category" of documents, the Court specifies that – as an example – should defendants label 100 e-mails as "HC" for the same reason, defendants need only specify the reason that all of the 100 e-mails are "HC." There is no need to individually specify the reason for an "HC" designation as to each page of a document or each document.

New Orleans, Louisiana, this 22nd day of February, 2017.

*Daniel E. Knowles, III*

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**