KNOWLES, M.J.
MAY 7, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WRIGHT'S WELL CONTROL SERVICES, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1720** |
| **OCEANEERING INTERNATIONAL, INC., et al** | **SECTION "R" (3)** |

Following further numerous discussions among the parties, the above-captioned case has settled. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

*[signature]*

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:30